**W. J. GRANTHAM v. EDNA MARLOWE**

| | |
|---|---|
| 20 So. (2nd) 500 | January Term, 1945 |
| January 12, 1945 | Division A |

*Francis M. Holt, Harry T. Gray* and *Marks, Marks, Holt, Gray & Yates,* for appellant.

*John E. Teate,* for appellee.

PER CURIAM:

The record and the briefs in this case have been examined. The primary questions raised turn on the interpretation of the evidence. A careful examination of all the evidence fails to convince us that the trial court committed error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.